## YVES HENRY LORTHE *v.* COMMISSIONER OF CORRECTION

The petitioner Yves Henry Lorthe's petition for certification for appeal from the Appellate Court, 103 Conn. App. 662 (AC 26354), is denied.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided November 26, 2007

## CARL ALEXANDER *v.* COMMISSIONER OF CORRECTION

The petitioner Carl Alexander's petition for certification for appeal from the Appellate Court, 103 Conn. App. 629 (AC 26985), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Sarah F. Summons*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided November 26, 2007